

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ANDREW SHADOIAN, | § | No. 08-16-00179-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| NICOLE SHOOK, | § | of Bastrop County, Texas |
| Appellee. | § | (TC# 15-17128) |
| | § | |

# O R D E R

Pending before the Court is a motion filed by Appellant's attorney, David L. Cruz, to withdraw. Appellant has not filed an objection to the motion. The motion is GRANTED. Counsel is directed to comply with TEX.R.APP.P. 6.5(c). The reporter's record has not been filed because Appellant has not made financial arrangements to pay for preparation of the records. Appellant is directed to make financial arrangements with the Court Reporter. If Appellant will not be requesting a reporter's record, Appellant is directed to inform this Court immediately. If no response is received by August 28, 2016, this appeal will be considered on the clerk's record only and the Appellant's brief is now due August 28, 2016. The Court requests that Appellant notify the Court immediately if he retains appellate counsel.

IT IS SO ORDERED this 18th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.